JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LEIVA, ) | Case No. EDCV 12-02132-VAP (DTBx) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| SPA RESORT CASINO AND ) DOES 1-5 INCLUSIVE, ) | |
| Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 1, 2013          _____
                              VIRGINIA A. PHILLIPS
                              United States District Judge